# UNITED STATES BANKRUPTCY COURT

In re: Triple A Machine Shop, Inc. ,     Case No. _____
_____
        Debtor                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                                      SOURCE

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                   SOURCE

See attached Addendum 2

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

See attached Adendum 3b.

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐

   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached Addendum 3c.

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached Addendum 4.

---

None ☑

   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |




**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached Addendum 9.

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

See Attached Addendum 10.

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 32 Washington Avenue Pt. Richmond, CA 94801 | Triple A Machine Shop., Inc. | Approximately 1990 through March, 2008 |

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION

---

**18 . Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Jones, Schiller & Company, LLP 507 Polk Street, Suite 300 San Francisco, CA 94102 | April, 1999 to present |

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| Jones, Schiller & Company, LLP | 507 Polk Street, Suite 300 San Francisco, CA 94102 | April, 1999 to present |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

See addendum. 19c.

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

---

### 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Albert O. Engel | President | 54.3% of Cal. Properties |
| Susan Alonso | Secretary | 45.7% of Cal. Properties |

---

**22 . Former partners, officers, directors and shareholders**

None ☑
a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑
b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.  Tax Consolidation Group.**

None ☐
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| California Properties, Inc. 32 Washington, Pt. Richmond CA | 68-0400121 |

**25.  Pension Funds.**

None ☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

**In re Triple A Machine Shop, Inc.**

Addendum to Statement of Financial Affairs

## 2. Income other than from employment or operations of business

| Amount | Source |
|---|---|
| $301,111.43 | **Barclays – WFUM Lloyds Insurance Settlement** |
| | • Nov. '09 – June '10: $27,362 |
| | • Nov. '08 – Oct. '09: $118,636 |
| | • June '08 – Oct. '08: $155,113.05 |
| $384.54 | **Dividend Income** |
| | • Nov. '09 – June '10: $0 |
| | • Nov. '08 – Oct. '09: $111.37 |
| | • June '08 – Oct. '08: $273.17 |
| $2,958 | **Insurance Settlement – Hartford** |
| | • Nov. '09 – June '10: $0 |
| | • Nov. '08 – Oct. '09: $0 |
| | • June '08 – Oct. '08: $2,958.11 |
| $22,016.13 | **Interest Income** |
| | • Nov. '09 – June '10: $6,819.38 |
| | • Nov. '08 – Oct. '09: $12,726.78 |
| | • June '08 – Oct. '08: $2,469.97 |

## 3b. Payments or other transfers to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.

| Name and address of Creditor | Date of Payment/Transfers | Amount Paid or Value of transfers | Amount Still Owing |
|---|---|---|---|
| Law Offices of Bill Parrish 1550 Bryant Street, Suite 575 San Francisco, CA 94103 | 5/16/2010 | $2,322.66 | None |
| Law Offices of Bill Parrish 1550 Bryant Street, Suite 575 San Francisco, CA 94103 | 6/18/2010 | 1,393.26 | None |
| Pillsbury Winthrop Shaw Pittman LLP 50 Fremont Street San Francisco, CA 94105 | 6/28/2010 | $4,549.72 | None |

| | | | |
|---|---|---|---|
| North Richmond Properties Inc.<br>32 Washington<br>Point Richmond, CA 94801 | 6/29/2010 | $3,250 | None |
| Law Offices of Bill Parrish<br>1550 Bryant Street, Suite 575<br>San Francisco, CA 94103 | 7/7/2010 | $2,288.79 | None |
| Pillsbury Winthrop Shaw Pittman<br>LLP<br>50 Fremont Street<br>San Francisco, CA 94105 | 8/3/2010 | $13,372.90<br>(applied from<br>retainer) | None |
| Pillsbury Winthrop Shaw Pittman<br>LLP<br>50 Fremont Street<br>San Francisco, CA 94105 | 8/13/2010 | $3,578.00 | None |
| Pillsbury Winthrop Shaw Pittman<br>LLP<br>50 Fremont Street<br>San Francisco, CA 94105 | 8/13/2010 | $11,627.10<br>(applied from<br>retainer) | None |

**3c. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who were insiders.**

| Name and address of Creditor | Date of Payment/Transfers | Amount Paid or Value of transfers | Amount Still Owing |
|---|---|---|---|
| North Richmond Properties Inc.<br>32 Washington<br>Point Richmond, CA 94801 | 9/1/2009 | $3,250.00 | none |
| North Richmond Properties Inc.<br>32 Washington<br>Point Richmond, CA 94801 | 9/24/2009 | $3,250.00 | none |
| North Richmond Properties Inc.<br>32 Washington<br>Point Richmond, CA 94801 | 10/8/2009 | $3,250.00 | none |
| North Richmond Properties Inc.<br>32 Washington<br>Point Richmond, CA 94801 | 11/10/2009 | $3,250.00 | none |
| North Richmond Properties Inc.<br>32 Washington<br>Point Richmond, CA 94801 | 12/17/2009 | $3,250.00 | none |

| | | | |
|---|---|---|---|
| North Richmond Properties Inc. 32 Washington Point Richmond, CA 94801 | 2/23/2010 | $3,250.00 | none |
| North Richmond Properties Inc. 32 Washington Point Richmond, CA 94801 | 5/11/2010 | $6,500.00 | none |
| North Richmond Properties Inc. 32 Washington Point Richmond, CA 94801 | 5/11/2010 | $6,500.00 | none |
| California Properties, Inc. 32 Washington Point Richmond, CA 94801 (on account of franchise tax obligation) | 5/28/2010 | $800.00 | none |
| North Richmond Properties Inc. 32 Washington Point Richmond, CA 94801 | 6/29/2010 | $3,250.00 | none |
| North Richmond Properties Inc. 32 Washington Point Richmond, CA 94801 | 8/12/2010 | $3,250.00 | $3,250.00 |

**4a. Suits and administrative proceedings. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of the bankruptcy case.**

| Key: |
|---|
| M: Mesothelioma |
| LC: Lung Cancer |
| A: Asbestosis |
| SFSC: San Francisco Superior Court |
| RG: Alameda County Superior Court |
| CGS: San Francisco Superior Court |
| BC: Los Angeles Superior Court |
| MDL: Multi-District Litigation |

Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP located at One California Street, Suite 1910, San Francisco, CA 94111 represents the Debtor in connection with each of the following cases below.

| PLAINTIFF/CASE NAME | CASE NO. | NATURE OF PROCEEDING; M – Mesothelioma LC – Lung Cancer A - Asbestosis | STATUS |
|---|---|---|---|
| AIKINS, CHARLES | SFSC 09-275422 | M | OPEN |
| BAICHTAL, RONNY | SFSC 05-438098 | M | OPEN |
| BALL, MARY ANN MEADOWS (WD EDWARD) | SFSC 09-275082 | M | OPEN |
| BARNES, PATRICIA (WD BENNIE) | SFSC 08-274776 | M | OPEN |
| BLACKWELL, SYLVESTER | SFSC 301714 | LC | OPEN |
| BROWN, DIANIA | SFSC 316374 | A | OPEN |
| BURRIS, DOROTHEA | SFSC 09-275277 | A | OPEN |
| BUSBY, MARILYN (WD WILBURN) | SFSC 04-436738 | M | OPEN |
| CASTAGNA, LOUIS | SFSC 07-274230 | A | OPEN |
| CLEVENGER, EVELYN (WD JAMES) | RG 09484914 | M | OPEN |
| CLEVENGER, JAMES | RG 09456210 | M | OPEN |
| CLINE, NED | RG 09478748 | LC | OPEN |
| CLOCK, ALAN MONTGOMERY | SFSC 09-275187 | LC | OPEN |
| CZARNICK, LOIS (WD FLOYD) | SFSC 06-446490 | LC | OPEN |
| DAVIDSON, DIANE | SFSC 315514 | A | OPEN |
| EDWARDS, BEVERLEE | SFSC 08-274965 | M | OPEN |
| ERICKSON, SHIRLEY (WD RALPH) | CGC 09-275275 | A | OPEN |
| EWING, ROBERT | SFSC 09-275214 | M | OPEN |
| FINCH, LORI (WD E.CODERRE) | RG 07304944 | LC | OPEN |
| FINCH, LORI (WD E.CODERRE) | RG 07304944 | LC | OPEN |
| FITZPATRICK, KEVIN SR. | RG 09445047 | M | OPEN |
| FLOYD, BOBBY | CGC 10-275540 | M | OPEN |
| FULLERTON, ELDORA (WD JAMES) | SFSC 04-434416 | M | OPEN |
| GLOVER, JAMES | SFSC 319698 | A | OPEN |
| GONZALES, MARIA (WD JOHN) | RG 09450464 | LC | OPEN |

| | | | |
|---|---|---|---|
| GRIST, RONALD | SFSC 08-274616 | A | OPEN |
| GVOZDENOVIC, ZIVA | SFSC 275446 | M | OPEN |
| GVOZENOVIC, CORNELIA (WD ZIVA) | CGC 10-275559 | M | OPEN |
| HECKER, DONALD | SFSC 06-458511 | A | OPEN |
| HENDERSON, HELEN | SFSC 315592 | A | OPEN |
| HERNANDEZ, CAROL (WD ROBERT) | RG 09485637 | M | OPEN |
| HERNANDEZ, ROBERT | RG 08415543 | M | OPEN |
| HIATT, GARY DEAN | SFSC 04-433288 | M | OPEN |
| HINOJOSA, JUAN CRUZ | SFSC 10-275567 | M | OPEN |
| HIXSON, THOMAS | SFSC 09-275161 | A | OPEN |
| HOFF, RONALD | SFSC 09-275113 | M | OPEN |
| HOPSTER, GARY | CGC 09-275036 | A | OPEN |
| JACKSON, EUGENE | SFSC 313314 | O | OPEN |
| LAZARUS, DIANA (WD SILAS) | SFSC 09-275346 | M | OPEN |
| LEASKEY, THERESA (WD ANDREW) | SFSC 04-434409 | M | OPEN |
| LENT, SHIRLEY (WD FRANK) | RG 08390993 | M | OPEN |
| LEVONIK, CAROL JUNE (WD JAMES) | SFSC 05-440138 | M | OPEN |
| LEVONIK, JAMES | SFSC 04-431815 | M | OPEN |
| LOPEZ, EDWARD (WD THOMAS) | SFSC 07-274327 | M | OPEN |
| LUKA, THOMAS (WD RICHARD) | CGC 09-275208 | M | OPEN |
| MARINO, FRANK (P.R. TRUITT) | SFSC 08-274522 | LC | OPEN |
| MARTINEZ, CARMEN | SFSC 311626 | O | OPEN |
| MARZOLLA, ANTHONY(WD ANTHONY) | SFSC 09-275051 | LC | OPEN |
| MELLO, LEONARD | CGC 08-274888 | A | OPEN |
| MORGAN, ROBERT | CGC 08-274858 | A | OPEN |
| NELSON, ROBERT | SFSC 10-275476 | M | OPEN |
| OLSON, ALBON | SFSC 318008 | M | OPEN |
| OLSON, JACK | SFSC 08-274720 | A | OPEN |
| OLSON, MARGARET (WD ALBON) | SFSC 404296 | M | OPEN |
| O'REILLY, WILLIAM | SFSC 274914 | A | OPEN |
| PALOMARES, DAVID | SFSC 10-275463 | M | OPEN |
| PETERSON, BETTY (WD PHILIP) | CGC 10-275498 | M | OPEN |
| PETERSON, CHARLES | SFSC 275313 | A | OPEN |
| PHILLIPS, EDWARD | SFSC 03-421958 | M | OPEN |
| PINAMONTI, VALERIE (WD MARION) | SFSC 09-275061 | M | OPEN |
| REBER, VICKI (KLEVE, HAROLD) | RG 08421762 | M | OPEN |
| REINHOLTZ, VANDORA | SFSC 306116 | LC | OPEN |
| ROBERTS, GLENDA (WD BRIAN) | SFSC 08-274834 | M | OPEN |
| ROBINSON, NORMA (WD PATRICK) | SFSC 09-275374 | LC | OPEN |
| ROOD, PATSY (WD NORMAN) | SFSC 274673 | LC | OPEN |
| ROSS, ROBERT | SFSC 07-274099 | A | OPEN |
| RUSSELL, PHYLLIS (WD JOHN) | SFSC 07-274234 | M | OPEN |
| SCHECHINGER, DENNIS HENRY | SFSC 09-275409 | M | OPEN |
| SOPRITO, JAMES | CGC 09-275295 | M | OPEN |
| STAUDENMAIER, REBECCA (WD PAUL) | RG 09479970 | LC | OPEN |
| STAYTON, VIRGIE (WD EDWARD) | RG 08390002 | M | OPEN |
| STEVENS, WILLIAM | RG 09444513 | M | OPEN |
| STODGELL, PAUL | SFSC 06-449762 | M | OPEN |

| Name | Case Number | Type | Status |
|---|---|---|---|
| STONE, KIMBERLY(JORDISON, HARRY) | SFSC 07-274315 | A | OPEN |
| STORY, ESSIE LOU (WD JERRY) | SFSC 05-438022 | M | OPEN |
| SVENDSGAARD, RONALD | SFSC 07-274397 | A | OPEN |
| TALBOTT, MARY JOAN (WD WILLIAM) | SFSC 09-275184 | M | OPEN |
| TRIMMELL, SHARON MAY | SFSC 09-275229 | A | OPEN |
| UTTERBACK, WILEY | SFSC 275121 | A | OPEN |
| VEIO, MICHAEL | CGC 09-275443 | A | OPEN |
| WILSON, MARGORIE(WD DONALD) | SFSC 05-444172 | M | OPEN |
| WOODS, GARLAND | SFSC 976858 | A | OPEN |
| BANCHIK, NANCY JO (DALE DEAN WOEPPEL) | BC 417 929 | M | OPEN |
| CRUZ, JOAQUIN CASTRO | BC 425 252 | LC | OPEN |
| DE LOS REYES, BESSIE (ROMULO) | BC 417 264 | LC | OPEN |
| DISCAR, BLANCA (SANTOS MORENO) | BC 399 914 | LC | OPEN |
| DODGEN, ROSEMARY (RALPH | BC 421 364 | M | OPEN |
| DUMMITT, RONALD * | 190196/2010 (New York) | M | OPEN |
| FRANCISCO, ERNESTO | BC 415 719 | A | OPEN |
| GONZALES, EDGARDO | BC 425 633 | M | OPEN |
| GRAMMER, SALLY A. (KENNETH) | BC 404 669 | M | OPEN |
| GRAPENTHIN, MAUREEN (LARRY) | BC 430 369 | M | OPEN |
| HEPPARD, WILLIAM | BC 415 719 | A | OPEN |
| HUERTA, JOSE | BC 423 136 | A | OPEN |
| KINNEY, STEVEN A. | BC 437 469 | M | OPEN |
| LOWRY, KENNETH | BC 423 136 | A | OPEN |
| LUCIANO, MARK (JOSEPH) | BC 421 968 | M | OPEN |
| MARTHIENS, KARL | BC 297 262 | A | OPEN |
| MARZ, CHARLOTTE (DON) | BC 419 382 | M | OPEN |
| MUMFORD, RACHEL (MALCUM) | BC 402 834 | M | OPEN |
| NEPOMUCENO, LILA (EUGENIO) | BC 418 256 | M | OPEN |
| REILLY, JOHN P. | BC 423 136 | A | OPEN |
| RIENIETS, HELENA (MELVIN) | BC 424 380 | M | OPEN |
| RILEY, JOHN C. | BC 407 076 | M | OPEN |
| ROJAS, ANITA (JUAN) | BC 428 307 | M | OPEN |
| SANDOVAL, ODELLA (EDWARD) | BC 419 692 | M | OPEN |
| SAVELESKY, AIDA | BC 417 016 | M | OPEN |
| SIMMS, RONALD (ROY LEE) | BC 415 718 | LC | OPEN |
| SMITH, ALEXANDRIA (JOSEPH WORTH SMITH) | BC 409 064 | LC | OPEN |
| SMITH, DUANE | BC 434 386 | M | OPEN |
| STATON, ELLIS MICHAEL | MDL (*BC 412 018) | M | OPEN |
| STEPHENSON, THOMAS | BC 426 460 | M | OPEN |
| STONE, JAMES | 37-2009-00097898-CU-AS-CTL | M | OPEN |
| YARNELL, JEFFERY PAUL | BC 415 719 | A | OPEN |
| MORRISON, CHESTER | BC441029 | M | OPEN |
| LANE, KENNETH | BC439874 | LC | OPEN |
| BARD, ELIZABETH | BC343995 | M | OPEN |
| NELSON, LESTER | BC441051 | A | OPEN |
| DOSTER, PAUL | BC441051 | A | OPEN |

702281915v1

| | | | |
|---|---|---|---|
| RUBINO, RICHARD | BC441051 | A | OPEN |
| MCCLAIN, TOMMY | CGC-10-275596 | M | OPEN |
| SAPPINGTON, THOMAS | CGC-09-275143 | A | OPEN |
| BOGAN, CLINTON, JR. | CGC-10-275605 | M | OPEN |
| STEVENS, JOY (WILLIAM) | RG10511843 | M | OPEN |
| DREXLER, PETER | RG10525247 | M | OPEN |
| DUNCAN, PHILIP | CGC-09-275372 | A | OPEN |
| SIGSBEY, BEULAH MAE | CGC-10-275460 | M | OPEN |
| | | | |
| BOND, ALAN | RG 09450785 | LC | DISMISSED |
| BRECHT, LINDA (WD JAMES) | SFSC 07-274047 | M | DISMISSED |
| BRITT, JULIE (HOWARD WARREN) | SFSC 08-274506 | M | DISMISSED |
| BROMLEY, ELOISE (WD NORVAL) | RG 07325342 | M | DISMISSED |
| CARON, JEAN | RG 08377733 | LC | DISMISSED |
| CLEMMENTS, FERRELL (BREACH) | SFSC 10-495847 | A | DISMISSED |
| CULVER, MICHAEL (WD TINA) | SFSC 06-450353 | M | DISMISSED |
| DAVIS, GERALD (WD DONALD) | RG 06262656 | M | DISMISSED |
| DEHART, ROY | SFSC 09-275444 | M | DISMISSED |
| ELLIS, ARLENE (WD RAYMOND) | SFSC 05-438595 | M | DISMISSED |
| GARRETT, FRANCES (WD COLLIN) | SFSC 06-457535 | M | DISMISSED |
| GULICK, ALLAN | SFSC 10-275459 | M | DISMISSED |
| HAASE, WARREN | SFSC 08-274823 | A | DISMISSED |
| HANRAHAN, GEORGE RUSSELL | SFSC 09-274985 | M | DISMISSED |
| HARRELL, STELLA CONNIE (WD GARLAND) | SFSC 09-275155 | LC | DISMISSED |
| HENRY, LEWELLYN | RG 09451924 | M | DISMISSED |
| IACOVAZZI, VIOLA (LEONARD) | SFSC 04-437422 | M | DISMISSED |
| JEFFERY-HENRY, WAYNETTE(MARY-LOUIS) | SFSC 06-449022 | M | DISMISSED |
| JOHNSON, RONALD | RG 09457974 | LC | DISMISSED |
| KINTZ, DAVID (WD WALTER) | SFSC 07-274206 | M | DISMISSED |
| KOSHAK, JAMES | RG 09435854 | A | DISMISSED |
| MABREY, LARRY (WD DIANA) | SFSC 05-443848 | M | DISMISSED |
| NEWELL, WILLIAM | SFSC 454502 | M | DISMISSED |
| PALMER, RONALD | SFSC 09-275247 | M | DISMISSED |
| PRESTON, HOMER | RG 08426077 | M | DISMISSED |
| ROWLISON, RICHARD | RG 08415742 | M | DISMISSED |
| RUTTER, MARY (WD RAYMOND) | SFSC 08-274559 | M | DISMISSED |
| SAULS-HARRIS, MILDRED | SFSC 479569 | O | DISMISSED |
| SHAFFER, RONALD | SFSC 10-275466 | M | DISMISSED |
| SIMON, WINIFRED (WD ROBERT) | SFSC 04-436375 | M | DISMISSED |
| SMITH, GERALDENE (WD JAMES) | SFSC 07-274277 | M | DISMISSED |
| SMITH, RHODA (WD CHARLES) | SFSC 06-454298 | M | DISMISSED |
| STROM, CAROLYN (WD JAMES) | SFSC 06-457915 | LC | DISMISSED |
| THOMPSON, RICHARD | SFSC 05-439304 | M | DISMISSED |
| TORPPA, JANICE (WD HAROLD) | SFSC 04-437144 | M | DISMISSED |
| WILLIAMS, ELENA (WD DUDLEY) | SFSC 06-449568 | M | DISMISSED |
| WOODS-JOE, SHIRLEY (WD ALVIN) | SFSC 05-447130 | M | DISMISSED |
| YUEN, JEAN (WD GEORGE) | SFSC 07-274281 | M | DISMISSED |

| | | | |
|---|---|---|---|
| ZWOLENSKI, CHARLOTTE (GEORGE) | SFSC 06-454721 | M | DISMISSED |
| APAEZ, RICHARD | BC 392 630 | A | SETTLED |
| CHEEK PRESUTTO, JENNIFER (TERRELL CHEEK) | BC 389 571 | M | SETTLED |
| DE LA CRUZ, FELICIANO, ET AL. | BC 392 630 | A | SETTLED |
| FOX, LARRY | BC 392 630 | A | SETTLED |
| GARCIA, RUBEN E. | BC 392 629 | LC | SETTLED |
| HANDLEY, WAYNE S. | BC 388 972 | M | SETTLED |
| HOLLAND, DENNIS | BC 407 831 | A | SETTLED |
| KOHAZAME, RIKO, ET AL. * (R. SCHULENBURG) | BC 373 416 | A | SETTLED |
| NEBER, MARGARET | BC 380 012 | LC | SETTLED |
| NIEBAUER, ROBERT | BC 401 422 | M | SETTLED |
| OWENS, ROBERT | BC 407 831 | A | SETTLED |
| RINIUS, KERSTIN (FRANK) | BC 393 926 | M | SETTLED |
| SCHULENBURG, MARY | BC 373 416 | A | SETTLED |
| SONNENBURG, ERIC, ET AL. | BC 407 831 | A | SETTLED |
| CLEMENTS, FERRELL | SFSC 274266 | A | SETTLED |
| DAVIDSON, ROBERT | SFSC 06-452128 | A | SETTLED |
| DOYLE, HAROLD JOSEPH | SFSC 09-275306 | M | SETTLED |
| FRANKLIN, CECELIA (WD JESSE) | SFSC 07-274314 | A | SETTLED |
| GOFORTH, KENNETH | SFSC 06-451849 | A | SETTLED |
| REID, MAEVE (WD JOHN) | SFSC 07-274408 | M | SETTLED |
| | | | |
| **It is the Debtor's understanding that the following claims are now being handled by, and are the responsibility of, the California Self-Insurer's Security Fund** | | | |
| ACOSTA, PETER | | | |
| BARTHOLOMEW, MILTON | | | |
| BOCO, MERIENO | | | |
| CHACON-PEREZ | | | |
| DUTT, HARISH | | | |
| FINIGAN, HARRY | | | |
| GRAVES, ELLIS (DEC'D) | | | |
| HOLST, WILLIAM | | | |
| KEARNEY, RICHARD | | | |
| MCGOOHAN, PHILIP | | | |
| MOORE, LARRY | | | |
| RAMPOLA, MANUEL | | | |
| RANDLE, MCARTHUR | | | |
| REYNOLDS, DANIEL | | | |
| ROBBINS, GARY | | | |
| THOMAS, ROSS | | | |

**9. Payments related to debt counseling or bankruptcy. List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.**

The Debtor has made the following payments to Pillsbury Winthrop Shaw Pittman LLP within the year immediately preceding the Petition Date relating to debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy. In addition, Debtor has made additional payments to Pillsbury in connection with certain other legal services (primarily corporate), including and negotiations conducted by Pillsbury.

| Date | Amount |
|------|--------|
| 8/13/2010 | $ 3,578.00 |
| 8/13/2010 | $ 11,627.10 (applied from retainer) |
| 8/3/2010 | $ 13,372.90 (applied from retainer) |

**10a. Other transfers. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security with two years immediately preceding the commencement of this case.**

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| U.S. Department of Labor | 10/30/2009 | $550,000 settlement |
| California Self Insurers' Security Fund* | 7/21/2010 | $292,901.27 |

* Note: Transferred from certificate of deposit issued by Bank of the West (Acct. No. 170886857) to the California Self Insurers' Security Fund at the direction of John C. John C. Duncan, Department of Industrial Relations.

**19c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.**

| Name | Address |
|---|---|
| Jones, Schiller & Company, LLP | 507 Polk Street, Suite 300 San Francisco CA 94102 |
| North Richmond Properties | 2801 Giant Rd., Richmond CA 94806 |
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP | One California Street, Suite 1910 San Francisco, CA 94111 |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature of Debtor _____

Date _____

Signature of Joint Debtor (if any) _____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date $8 - 13 - 10$

Signature _____

Print Name and Title  Albert O. Engel, President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer _____

Social-Security No. (Required by 11 U.S.C. § 110.) _____

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address _____

Signature of Bankruptcy Petition Preparer _____

Date _____

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*