ALAN R. BRAYTON, ESQ., S.B. #73685
CHRISTINA C. SKUBIC, ESQ., S.B. #191368
MATTHEW B. LEE, ESQ., S.B. #230736
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>Triple A Machine Shop, Inc.,<br><br>    Debtor. | No. 10-49354 (EDJ)<br>Relief From Stay No. CCS-1<br>Chapter 7<br><br>NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date: September 24, 2010<br>Time: 10:00 AM<br>Place: 1300 Clay St., Rm 215, Oakland, CA<br>Chief Judge Edward D. Jellen |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that attorneys for Certain Asbestos Claimants represented by Brayton❖Purcell ("Claimants"), as contained in Exhibit A to the Declaration of Christina C. Skubic in the above-captioned proceeding, will move this Court for an Order Granting Relief from the Automatic Stay at 10:00 AM on September 24, 2010, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Chief Judge Edward D. Jellen, United States Bankruptcy Court for the Northern District of California.

This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and the corresponding Declaration of

K:\Bankrupt\AAA\mtn relief from stay-2.wpd      1
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354   Doc# 5   Filed: 09/03/10   Entered: 09/03/10 12:49:39   Page 1 of 18

Christina C. Skubic in Support of Motion for Order Granting Relief from Automatic Stay. In accordance with Bankruptcy Local Rule 4001-1, Movants hereby advise Debtor and its Counsel of Record to appear at the hearing as set forth above.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the motion or to the relief requested, shall be made in writing and shall state with particularity the reasons and legal and factual bases for such objections, the nature of objectant's or respondent's claim or interest in the Debtor's case. Such objection shall be filed with the Court, with a courtesy copy to Chambers, and served upon Movants' counsel, Brayton❖Purcell LLP, 222 Rush Landing Road, P. O. Box 6169, Novato, California 94948-6169, attention: Christina C. Skubic, so as to be actually received within the time requirements of the Bankruptcy Rules and Local Bankruptcy Rules and not later than three (3) business days prior to the Hearing Date.

Dated: September 2, 2010

BRAYTON❖PURCELL LLP

By: /s/ Christina C. Skubic
Christina C. Skubic
Matthew B. Lee
Alan R. Brayton
Brayton❖Purcell LLP
222 Rush Landing Road
Novato, California 94945
(415) 898-1555

Attorneys for Claimants

## MEMORANDUM OF POINTS AND AUTHORITIES

Brayton❖Purcell LLP, counsel to each of the claimants listed on the attached Exhibit A ("Current Claimants"), hereby moves this Court to enter an order that modifies the automatic stay in the above-captioned Chapter 7 case in order to permit the Current Claimants and future claimants represented by Brayton❖Purcell to proceed with their asbestos-related personal injury and wrongful death lawsuits against Triple A Machine Shop, Inc. ("Debtor") in state court actions. Claimants seek only to recover from the insurers who issued liability policies to the

K:\Bankrupt\AAA\mtn relief from stay-2.wpd    2
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354    Doc# 5    Filed: 09/03/10    Entered: 09/03/10 12:49:39    Page 2 of 18

1 | Debtor, each of which must provide in accordance with California law that the bankruptcy of
2 | the insured does not release the insurer. In support of this motion, Claimants respectfully
3 | represent as follows:

4 |     A.     BACKGROUND

5 | On or about August 16, 2010 (the "Petition Date"), the Debtor filed a voluntary petition
6 | for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

7 | This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.
8 | This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The statutory predicate for
9 | the relief sought herein is section 362(d) of the Bankruptcy Code.

10 | Each of the Current Claimants has filed an asbestos-related personal injury or wrongful
11 | death lawsuit in San Francisco Superior Court (the "State Court Actions"). The State Court
12 | Actions and their current status as of the petition date are as follows:

13-14 | <u>Louis Castagna v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-07-274230; Trial Date currently set for October 12, 2010.

15 | <u>Philip Duncan v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-07-275372; Status Conference set for October 21, 2010.

16-17 | <u>Ronald Grist v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274616; Trial Date currently set for March 7, 2011.

18 | <u>Thomas Hixson v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275161; Trial Date currently set for March 21, 2011.

19-20 | <u>Gary Hopster v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275036; Status Conference set for October 21, 2010.

21 | <u>Tommy McClain and Gloria McClain v. Asbestos Corporation Limited, et al.</u>, San Francisco Superior Court Case No. CGC-10-275596; Triple A answered, no Status Conference yet set.

22-23 | <u>Leonard Mello v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274888; Trial Date currently set for October 18, 2010.

24 | <u>Robert Morgan v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274858; Trial Date currently set for February 28, 2011.

25-26 | <u>Jack Olson v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274720; Status Conference set for October 21, 2010.

27 | <u>William O'Reilly v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274914; Trial Date currently set for March 7, 2011.

28 |

K:\Bankrupt\AAA\mtn relief from stay-2.wpd     3
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354    Doc# 5    Filed: 09/03/10    Entered: 09/03/10 12:49:39    Page 3 of 18

<u>Charles Peterson v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275313; Status Conference set for October 21, 2010.

<u>Betty Peterson, as Wrongful Death Heir, and as Successor-in-Interest to Philip Peterson, Deceased, et al. v. Associated Insulation of California, et al.</u>, San Francisco Superior Court Case No. CGC-10-275498; Status Conference set for February 17, 2011.

<u>Norma Robinson as Successor-in-Interest to Patrick J. Durkin, deceased et al. v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275374; Status Conference set for October 21, 2010.

<u>Patsy Rood, as Wrongful Death Heir, and as Successor-in-Interest to Norman Rood, Deceased v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274673; Trial Date currently set for January 24, 2011.

<u>Robert Ross v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-07-274099; Trial Date currently set for September 20, 2010.

<u>Thomas Sappington v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275143; Trial Date currently set for October 25, 2010.

<u>Kimberly Stone, as Wrongful Death Heir, and as Successor-in-Interest to Harry Jordison, Deceased, et al. v. Asbestos Defendants (B❖P) et al.</u>, San Francisco Superior Court Case No. CGC-09-274315; Trial Date currently set for February 7, 2011.

<u>Carole Truitt, Trenton Truitt, Kristina Wandzilak, Ashley Hellyer, Kathryn Truitt, as Wrongful Death Heirs of James Truitt, Deceased, et al. v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-08-274522; Trial Date currently set for March 28, 2011.

<u>Wiley Utterback and Ellen Josephine Utterback v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275121; Status Conference set for December 16, 2010.

<u>Michael Veio v. Asbestos Defendants (B❖P)</u>, San Francisco Superior Court Case No. CGC-09-275443; Status Conference set for December 16, 2010.

Copies of the face page of each complaint, or amended complaint where appropriate, filed by the Current Claimants are attached to the Declaration of Christina C. Skubic as Exhibit B.

B. <u>RELIEF REQUESTED AND BASIS THEREFORE</u>

Claimants respectfully request that this Court enter an Order, pursuant to section 362(d) of the Bankruptcy Code, allowing the Current Claimants and future claimants against the Debtor who are represented by Brayton❖Purcell to proceed with their State Court Actions against the Debtor to the extent that such claims are covered by the Debtor's insurance policies.

The automatic stay set forth in section 362(a) of the Bankruptcy Code provides that the filing of a bankruptcy petition operates as a stay of the "commencement or continuation ... of a

K:\Bankrupt\AAA\mtn relief from stay-2.wpd 4
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354    Doc# 5    Filed: 09/03/10    Entered: 09/03/10 12:49:39    Page 4 of 18

judicial, administrative, or other action or proceeding against the debtor ... or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case." 11 U.S.C. § 362(a). The prohibition embodied in section 362(a) is not meant to be indefinite or absolute, however, and this Court has the power to grant relief from the automatic stay in the appropriate circumstances for sufficient "cause" shown under section 362(d). See <u>In re Rexene Products Co.</u>, 141 B.R. 574, 576 (Bank. D Del. 1992); see also, <u>In re Wedgewood</u>, 878 F.2d 693, 697 (3d Cir. 1998). Such appropriate circumstances clearly are present in this case.

Because the Bankruptcy Code does not define "cause," courts must determine what constitutes cause on a case-by-case basis. See <u>Rexene</u>, 141 B.R. at 576 (citing <u>Matters of Fernstrom Storage and Van Co.</u>, 938 F.2d 731, 735 (7th Cir. 1991)). In deciding whether to grant a party relief from the automatic stay to proceed with litigation in another forum, courts ordinarily apply a three-part balancing test:

(1) whether allowing the litigation to continue in another forum will result in any great prejudice to the debtor;
(2) whether maintaining the stay will cause any hardship to the non-bankrupt party and whether this hardship is greater than the resulting prejudice to the debtor; and
(3) whether the non-bankrupt party has a probability of prevailing on the merits of the litigation.

See <u>Rexene</u>, 141 B.R. at 576 (citing <u>Fernstrom</u>, 938 F.2d at 735). The party seeking relief from the stay has the initial burden to establish a prima facie case that the party is entitled to such relief, which must then be rebutted by the opposing party. <u>Id.</u> at 577; see, also, <u>In re Pursuit Athletic Footwear, Inc.</u>, 193 B.R. 713, 719 (Bank. D. Del. 1996). Applying the balancing test to the present case, the factors weigh in favor of granting Claimants the relief requested herein.

<u>No Prejudice to the Debtor's Estate or to the Debtor</u>

The Debtor's estate will not suffer prejudice if Claimants are permitted to proceed with the State Court Actions. The purpose of the automatic stay is to enable the Bankruptcy court

> [t]o prevent certain creditors from gaining a preference for their claims against the debtor; to forestall the depletion of the debtor's assets due to legal costs in defending proceedings against it; and, in general, to avoid interference with the orderly liquidation or rehabilitation of the debtor.

K:\Bankrupt\AAA\mtn relief from stay-2.wpd  5
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354   Doc# 5   Filed: 09/03/10   Entered: 09/03/10 12:49:39   Page 5 of 18

See Rexene, 141 B.R. at 576 (quoting St. Croix Condominium Owners v. St. Croix Hotel, 682 F.2d 446, 448 (3d Cir. 1982)). The automatic stay is intended to prevent a "chaotic and uncontrolled scramble for the debtor's assets in a variety of uncoordinated proceedings in different courts." See In re Holtkamp, 669 F.2d 505, 508 (7th Cir., 1982). Allowing Claimants relief from the stay to proceed with the State Court Actions will not result in any "chaotic or uncontrolled scramble" for the assets of the estate. Claimants are not attempting to gain any unfair advantage over the Debtor's other creditors by proceeding with the State Court Actions, nor are Claimants attempting to collect on claims with respect to the Debtor outside of this bankruptcy case. Rather, Claimants are requesting permission to resolve their claims against Debtor before a court that already has jurisdiction over the claims, in the forum the State Court Actions have already been filed and to limit their recovery to the insurance policies of the Debtor. The Debtor identified its insurers and policies in Schedule B of its bankruptcy filing. Those policies that cover asbestos-related injuries were issued by Argonaut Insurance Company/IROC, Fidelity & Casualty Insurance Company - CNA (as successor to Fidelity & Casualty Ins. Co.), Fireman's Fund Insurance Company, CIGNA Insurance Company, and Certain Underwriters at Lloyd's London and Certain London Market Insurers (LMI). It is these carriers who fund the defense and settlement of the asbestos-related tort claims against the Debtor.

If Claimants are successful in obtaining a judgment or settlement against Debtor in the State Court Actions, they will not attempt to collect such judgment or settlement against the Debtor's estate, but will seek only to obtain recovery from the Debtor's insurers, except in accordance with any liquidation order or without first obtaining this Court's approval. Furthermore, Claimants recognize that they would be able to collect against the Debtor only by asserting their liquidated claims in the Debtor's case and obtaining a distribution of the claims through the Debtor's liquidation process. See Holtkamp, 669 F.2d at 508. The Bankruptcy Code contemplates that a claimant is entitled to proceed against a debtor's insurer to recover any sums due, as Bankruptcy Code section 524(e) prevents any discharge of a debtor from affecting the liability of any other entity for the debt. Accordingly, "the protection from liability

K:\Bankrupt\AAA\mtn relief from stay-2.wpd　　　　　　6
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354　Doc# 5　Filed: 09/03/10　Entered: 09/03/10 12:49:39　Page 6 of 18

afforded the debtor under the Code does not affect the liability of the debtor's insurers" and claimants can therefore "proceed with tort claims against the debtor for the purpose of collecting from the debtor's liability insurer." First Fidelity Bank v. McAteer, 985 F.2d 114, 118 (3d Cir. 1993). In addition, Calif. Insurance Code section 11580(b) has long required that every liability insurance policy sold in this state provide that the bankruptcy of an insured does not release the insurers liability and that in the event a claimant obtains a judgment against the insured it can file an action to recover on the judgment against the insurer. Allowing Claimants to proceed with the State Court Actions will have no negative effect on other creditors, the administration of the case and will not diminish the Debtor's estate.

The Debtor also will not be prejudiced if the State Court Actions are permitted to proceed because the Debtor's assets will continue to be subject to the jurisdiction and administration of the Bankruptcy Court. Claimants seek only to proceed against insurance coverage, not the bankruptcy estate. Lifting the stay as requested will have no effect on the Debtor's liquidation. It has been held that a single factor, such as the desire to permit an action to proceed in another tribunal, or a lack of any connection or interference with the pending bankruptcy case, may establish sufficient cause. See Rexene, 141 B.R. at 576 (citing H.R. Rep. No. 95-595, 95th Cong., 1st Sess., 343-44 (1977)). Here, the claims asserted by the Current Claimants could not be adjudicated in this Court in any case because of the jurisdictional limitations of 28 U.S.C. § 157(b)(5). Thus, the State Court Actions are "neither connected with nor interfering with the bankruptcy proceeding," and allowing them to proceed in the state courts would not defeat the policy embodied in the automatic stay provisions of the Bankruptcy Code. See Holtkamp, 669 F.2d at 508.

### Likelihood of Prejudice to Claimants

Claimants likely will suffer significant hardship if the automatic stay is not lifted, as they have no other means of recovery against Debtor. The common basis of these claims is the tortious conduct of the Debtor when it exposed claimants to asbestos. Claimants are, in essence, involuntary claimants; they did not contract with Debtor for this relationship and as such are uniquely different from contract claimants. The Debtor purchased insurance that

K:\Bankrupt\AAA\mtn relief from stay-2.wpd                     7
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354    Doc# 5    Filed: 09/03/10    Entered: 09/03/10 12:49:39    Page 7 of 18

affords claimants the potential for a recovery even though the Debtor is in bankruptcy. The hardship to claimants if they cannot pursue that insurance considerably outweighs any possible prejudice the Debtor may suffer if the State Court Actions resume.

### Probability of Success on the Merits

The showing required as to the probability of prevailing on the merits for establishing a prima facie case is very slight for purposes of the Court's balancing test. See Rexene, 141 B.R. at 578 (citing In re Peterson, 116 B.R. 247, 250 (D. Colo. 1990)). "[A]ll that is required is a 'vague initial showing' that [the party seeking relief] can establish a prima facie case." Peterson, 116 B.R. at 249. So slight is the proof required to satisfy the third prong of the analysis that some courts have dispensed with the requirement altogether. See id. Claimants have a strong probability of prevailing on the merits if allowed to proceed with the State Court Actions because each Claimant can either personally, or through other witnesses, identify the Debtor as the general contractor, sub-contractor or premises owner at his or her jobsites contemporaneous or prior to Claimant's presence; and each Claimant can show the Debtor installed, removed, or otherwise disturbed asbestos-containing products and materials, consequently exposing that Claimant to asbestos.

C. **FUTURE CLAIMANTS**

Current Claimants listed on Exhibit A are those that have current lawsuits pending against the Debtor. Numerous other claimants suffering from asbestos-related injuries for which Triple A has prima facie liability, will manifest their injuries during the Debtor's Chapter 7 proceedings. Under California law, the "cause of action for a latent injury or disease generally accrues, in the sense that it is ripe for suit, when the plaintiff discovers or should reasonably have discovered he has suffered a compensable injury." Hamilton v. Asbestos Corp., Ltd., 22 Cal.4th 1127, 1144, 95 Cal.Rptr.2d 701, 998 P.2d 403 (2000). Thus, even though previously exposed to asbestos operations of the Debtor, claimants who have not yet sued the Debtor did not have a claim against the Debtor until they discovered that they had the asbestos-related injury for which they filed suit, or when they reasonably should have discovered that injury. Thus, the automatic stay does not apply to these claimants and they are

K:\Bankrupt\AAA\mtn relief from stay-2.wpd 8
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354    Doc# 5    Filed: 09/03/10    Entered: 09/03/10 12:49:39    Page 8 of 18

1 | entitled to prosecute their claims against the Debtor. Brayton❖Purcell is currently processing
2 | the claims of additional persons who would in the ordinary course name the Debtor as a
3 | defendant as a consequence of their asbestos-related injuries. In addition, in the normal course
4 | of its work, Brayton❖Purcell expects to represent additional, presently unknown claimants who
5 | have claims against the Debtor. Brayton❖Purcell files approximately 30 asbestos lawsuits a
6 | month, typically naming Triple A in one of these. It is therefore anticipated that each month
7 | during the pendency of this Chapter 7 bankruptcy an additional Claimant will have his/her
8 | claim accrue against the Debtor.
9 | The claims of these individuals are likely not stayed at all, or, if stayed, each could file
10 | an individual motion seeking relief from stay. But because the basis for the relief sought is
11 | identical to that sought by the current claimants in this motion, judicial economy and consistent
12 | treatment of similarly situated claimants demonstrate that the Court should issue a continuing
13 | order that provides that additional claims may be brought against the Debtor and presented to its
14 | insurers for defense and indemnity. Expeditiously resolving these claims against the Debtor is
15 | imperative, given the declining health of many of these claimants.
16 | Brayton❖Purcell therefore requests relief from stay on behalf of the Current and future
17 | claimants that it represents with the same order permitting service and adjudication of their
18 | asbestos-related lawsuit against the Debtor and limiting any recovery at this time to the
19 | insurance policies of the Debtor.
20 | D. CONCLUSION
21 | For all the foregoing reasons, Brayton❖Purcell, the Current Claimants, and the future
22 | claimants respectfully request that this Court enter an Order, pursuant to section 362(d) of the
23 | Bankruptcy Code, that modifies the automatic stay set forth in section 362(a) of the Bankruptcy
24 | Code, in order to permit the current and future Claimants represented by Brayton❖Purcell to
25 | ///
26 | ///
27 | ///
28 |

K:\Bankrupt\AAA\mtn relief from stay-2.wpd                    9
NOTICE OF MOTION AND MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 10-49354    Doc# 5    Filed: 09/03/10    Entered: 09/03/10 12:49:39    Page 9 of 18

| 1 | proceed with their State Court Actions and that grants such other and further relief as is just and |
| 2 | proper. |

Dated: September 2, 2010

BRAYTON❖PURCELL LLP

By: *Christina C. Skubic* (signature)
Christina C. Skubic
Matthew B. Lee
Alan R. Brayton
Brayton❖Purcell LLP
222 Rush Landing Road
Novato, California 94945
(415) 898-1555

Attorneys for Claimants

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order, this notice of the filing of the foregoing Relief from Stay Cover Sheet; Notice of Motion and Motion for Order Granting Relief from Automatic Stay; Memorandum of Points and Authorities; Declaration of Christina C. Skubic in Support of Claimants' Motion for Order Granting Relief from Automatic Stay; and Proposed Order Granting Relief from Automatic Stay has been served by electronic mail upon parties on the Official Service List on September 3, 2010. The Documents listed above are also served via first class U.S. Mail, postage prepaid on the parties designated on the attached service list

Dated: 9/3/2010

_____
Kaishea Kegley

Label Matrix for local noticing
0971-4
Case 10-49354
Northern District of California
Oakland
Thu Sep  2 13:48:17 PDT 2010

4
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604-2070

Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Bank of America
Rollingwood Branch
3100 Hilltop Mall Road
Richmond, CA 94806-1921

Baron & Budd PC
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212-2603

Bogan, Clinton, Jr.
c/o Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Brown, Diana
c/o Wartnick Law
101 California St Ste 2200
San Francisco, CA 94111-5853

CIGNA INSURANCE COMPANY
c/o Ms. Patricia Locke
Resolute Management, Inc.
30 S. 17th Street, Suite 700
Philadelphia, PA 19103-4004

Clapper Patti Schweitzer &
MasonLLP
2330 Marinship Way
Sausalito, CA 94965-2800

Clevenger, James
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

California Properties, Inc.
32 Washington Avenue
Pt. Richmond, CA 94801-3945

ARGONAUT INSURANCE COMPANY/IROC
c/o Ron Lucchesi, CPCU, ARM
Principal Claims Analyst IROC
3 Hutton Centre, Suite 870
Santa Ana, CA 92707-5767

Ball, Mary Ann Meadows (WD Edward)
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Bard, Elizabeth
c/o Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Belenette Belen, Esq.
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104

Bond, Alan
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Burris, Dorothea c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

California Self Insurers Security Fund
c/o Daniel R. Sovocool
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3667

Clemments, Ferrell c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Cline, Ned
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Triple A Machine Shop, Inc.
P.O. Box 70458
Point Richmond, CA 94807-0458

Aikins, Charles c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Banchik, Nancy Jo
c/o Simon Eddins & Greenstone LLP
301 E Ocean Blvd., Suite 1950
Long Beach, CA 90802-4878

Barnes, Patricia (WD Bennie)
c/o Harowitz & Tigerman, LLP
450 Sansome Street, 3rd Floor
San Francisco, CA 94111-3311

Blackwell, Sylvester
3025 High Street
Oakland, CA 94619-1807

Britt, Julie (Howard Warren)
c/o Harowitz & Tigerman, LLP
450 Sansome Street, 3rd Floor
San Francisco, CA 94111-3311

Busby, Marilyn (WD Wilburn)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Castagna, Louis c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Clevenger, Evelyn (WD James)
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Clock, Alan Montgomery
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

| | | |
|---|---|---|
| Conner, Lois Jean<br>c/o Waters & Kraus LLP<br>601 Van Ness Avenue<br>San Francisco, CA 94102-3200 | Cruz, Joaquin Castro<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Culver, Michael (WD Tina)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 |
| Czarnick, Lois (WD Floyd)<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | Davidson, Diane<br>c/o Wartnick Law<br>101 California St Ste 2200<br>San Francisco, CA 94111-5853 | Davidson, Robert<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 |
| Davis, Gerald (WD Ronald)<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | De Los Reyes, Bessie<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Dehart, Roy<br>c/o Harowitz & Tigerman, LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111-3311 |
| Discar, Blanca<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Dodgen, Rosemary<br>c/o Simmons, Browder, et. al.<br>100 N. Sepulveda Blvd., Suite 1350<br>El Segundo, CA 90245-5652 | Doster, Paul<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 |
| Drexler, Peter<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Duncan, Philip c/o Alan Brayton<br>BraytonPurcell<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169 | Dyer, Bernice<br>c/o Simon Eddins & Greenstone LLP<br>301 E Ocean Blvd., Suite 1950<br>Long Beach, CA 90802-4878 |
| Edwards, Beverlee<br>c/o Harowitz & Tigerman, LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111-3311 | Ellis, Arlene (WD Raymond)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Eric Scholnick, Esq.<br>Lewis & Scholnick<br>660 South Figueroa<br>Street, Suite 1720<br>Los Angeles, CA 90017-3442<br>3433 |
| Erickson, Shirley (WD Ralph)<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | Ewing, Robert<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | FIDELITY & CASUALTY INSURANCE COMPANY<br>Alejandro Diaz<br>CNA Environmental & Mass Tort Claims<br>1100 Cornwall Drive<br>Monmouth Junction, NJ 08852-2410 |
| FIREMANS FUND INSURANCE COMPANY<br>Amanda Webber<br>Fireman's Fund Insurance Co.<br>777 San Marin Drive<br>Novato, CA 94998-0001 | Farella Braun & Martel LLP<br>235 Montgomery St., 17 floor<br>San Francisco, CA 94104-3104 | Farella Braun & Martel LLP<br>Attn: Mary McCutcheon<br>235 Montgomery Street, 17th floor<br>San Francisco, California 94104-3104 |
| Finch, Lori (WD E. Coderre)<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | Fitzpatrick, Kevin Sr.<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | Floyd, Bobby<br>c/o Waters & Kraus LLP<br>601 Van Ness Avenue<br>San Francisco, CA 94102-3200 |
| Francisco, Ernesto<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Fullerton, Eldora (WD James)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Glover, James<br>c/o Wartnick Law<br>101 California St Ste 2200<br>San Francisco, CA 94111-5853 |

Gonzales, Edgardo
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Gonzales, Maria (WD John)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Grammer, Sally
c/o Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Grist, Ronald c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Gulick, Allan
c/o Clapper Patti Schweitzer & Mason LLP
2330 Marinship Way
Sausalito, CA 94965-2800

Gvozdenovic, Ziva
c/o Clapper Patti Schweitzer & Mason LLP
2330 Marinship Way
Sausalito, CA 94965-2800

H.W. Trey Jones, Esq.
Lanier Law Firm
2049 Century Park E., Ste. 1940
Los Angeles, CA 90067-3143

Harowitz & Tigerman, LLP
450 Sansome Street, 3rd Floor
San Francisco, CA 94111-3311

Hecker, Donald c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Henderson, Helen
c/o Wartnick Law
101 California St Ste 2200
San Francisco, CA 94111-5853

Henry, Lewellyn
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Heppard, William
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Hernandez, Carol (WD Robert)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Hernandez, Robert
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Hiatt, Gary Dean
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Hixson, Thomas c/o Alan Brayton
BraytonPurcell
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Hoff, Ronald
c/o Baron & Budd PC
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212-2603

Holland, Dennis
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Huerta, Jose
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Jackson, Eugene
c/o Wartnick Law
101 California St Ste 2200
San Francisco, CA 94111-5853

Jeffrey A Kaiser, Esq.
Levin, Simes, Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104-4809

Jenkins, Michael
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Jennifer O'Brien
Resolute Management Inc.
New England Division
2 Central Square
Cambridge, MA 02139-3311

Jones, Schiller & Company, LLP
507 Polk Street, Suite 300
San Francisco, CA 94102-3395

Kevin C. Coleman, Esq.
Yvonne Huggins-McLean, Esq.
Brent Coon & Associates
44 Montgomery Street, Suite 800
San Francisco, CA 94104-4620

Kohazame, Riko
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Koshak, James
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Lane, Kenneth
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Law Offices of Bill Parrish
1550 Bryant Street, Suite 575
San Francisco, CA 94103-4874

Lazarus, Diana (WD Silas)
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

| | | |
|---|---|---|
| Leaskey, Theresa (WD Andrew)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Lent, Shirley (WD Frank)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Levonik, Carol June (WD James)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 |
| Levonik, James<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Lopez, Edward (WD Thomas)<br>c/o Harowitz & Tigerman, LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111-3311 | Lowry, Kenneth<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 |
| Luciano, Mark<br>c/o Simmons, Browder, et. al.<br>100 N. Sepulveda Blvd., Suite 1350<br>El Segundo, CA 90245-5652 | Luka, Thomas (WD Richard)<br>c/o Harowitz & Tigerman, LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111-3311 | Marino, Frank c/o Alan Brayton<br>BraytonPurcell<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169 |
| Marthiens, Karl<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Martinez, Carmen<br>c/o Wartnick Law<br>101 California St Ste 2200<br>San Francisco, CA 94111-5853 | Marz, Charlotte<br>c/o Simmons, Browder, et. al.<br>100 N. Sepulveda Blvd., Suite 1350<br>El Segundo, CA 90245-5652 |
| Marzolla, Anthony (WD Anthony)<br>c/o Harowitz & Tigerman, LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111-3311 | McClain, Tommy c/o Alan Brayton<br>BraytonPurcell<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169 | Mello, Leonard c/o Alan Brayton<br>BraytonPurcell<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169 |
| Morgan, Robert<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 | Morrison, Chester<br>c/o H.W. Trey Jones, Esq.<br>Lanier Law Firm<br>2049 Century Park E., Ste. 1940<br>Los Angeles, CA 90067-3143 | Mumford, Rachel<br>c/o Waters & Kraus LLP<br>601 Van Ness Avenue<br>San Francisco, CA 94102-3200 |
| Nelson, Lester<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Nelson, Robert<br>c/o Waters & Kraus LLP<br>601 Van Ness Avenue<br>San Francisco, CA 94102-3200 | Nepomuceno, Lilia<br>c/o Baron & Budd PC<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA 90212-2603 |
| North Richmond Properties<br>32 Washington<br>Point Richmond, CA 94801-3945 | OReilly, William<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 | Office of the U.S. Trustee/Oak<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612-5231 |
| Olson, Jack<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 | Olson, Margaret (WD Albon)<br>c/o Clapper Patti Schweitzer & Mason LLP<br>2330 Marinship Way<br>Sausalito, CA 94965-2800 | Owens, Robert<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 |
| Palomares, David<br>c/o Harowitz & Tigerman, LLP<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111-3311 | Paul & Hanley LLP<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710-1749 | Peterson, Charles<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 |

| | | |
|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>Attention: Philip S. Warden<br>50 Fremont Street<br>San Francisco, CA 94105-2230 | Pinamonti, Valerie (WD Marion)<br>c/o Baron & Budd PC<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA 90212-2603 | Preston, Homer<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 |
| Prindle, Amaro et. al.<br>One California Street, Suite 1910,<br>San Francisco, CA 94111-5441 | Reber, Vicki (Kleve, Harold)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 | Reilly, John P<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 |
| Reinholtz, Vandora<br>c/o Clapper Patti Schweitzer & Mason LLP<br>2330 Marinship Way<br>Sausalito, CA 94965-2800 | Rieniets, Helena<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | Riley, John C<br>c/o Waters & Kraus LLP<br>601 Van Ness Avenue<br>San Francisco, CA 94102-3200 |
| Roberts, Glenda<br>c/o Waters & Kraus LLP<br>601 Van Ness Avenue<br>San Francisco, CA 94102-3200 | Robinson Calcagnie & Robinson,<br>Inc.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, California 92660-8014 | Robinson, Norma<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 |
| Rojas, Anita (Juan)<br>c/o Baron & Budd PC<br>9465 Wilshire Blvd., Suite 460<br>Beverly Hills, CA 90212-2603 | Rood, Patsy<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 | Rose Klein & Marias LLP<br>801 S. Grand Avenue, 11 th Floor<br>Los Angeles, CA 90017-4613 |
| Ross, Robert<br>c/o Brayton Purcell, LLP<br>222 Rush Landing<br>Novato, CA 94945-2469 | Rubino, Richard<br>c/o Eric Scholnick, Esq.<br>Lewis & Scholnick<br>660 South Figueroa Street, Suite 1720<br>Los Angeles, CA 90017-3443 | Russell, Phyllis (WD John)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 |
| Salamante, Edgardo<br>Robinson Calcagnie & Robinson, Inc.<br>620 Newport Center Drive<br>7th Floor<br>Newport Beach, California 92660-8014 | Sandoval, Odella<br>c/o Simmons, Browder, et. al.<br>100 N. Sepulveda Blvd., Suite 1350<br>El Segundo, CA 90245-5652 | Sappington, Thomas c/o Alan Brayton<br>BraytonPurcell<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169 |
| Savelesky, Aida<br>Rose Klein & Marias LLP<br>801 S.Grand Avenue, 11thFloor<br>Los Angeles, CA 90017-4613 | Schechinger, Dennis Henry<br>c/o Clapper Patti Schweitzer & Mason LLP<br>2330 Marinship Way<br>Sausalito, CA 94965-2800 | Schulenberg, Mary<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 |
| Secretary of State<br>P.O. Box 944230<br>Sacramento, CA 94244-2300 | Sigsbey, Beulah Mae<br>c/o Brent Coon & Associates<br>44 Montgomery Street Suite 800<br>San Francisco, CA 94104-4620 | Simmons, Browder, Gianaris,<br>Angelides & Barnerd LLC<br>100 N. Sepulveda Blvd., Suite<br>1350<br>El Segundo, CA 90245-5652 |
| Simms, Ronald<br>c/o Lewis & Scholnick LLP<br>660 S. Figueroa St., Suite 1720<br>Los Angeles, CA 90017-3443 | Simon Eddins & Greenstone<br>LLP<br>301 E Ocean Blvd., Suite 1950<br>Long Beach, CA 90802-4878 | Simon, Winifred (WD Robert)<br>c/o Levin Simes Kaiser & Gornick, LLP<br>44 Montgomery Street, 36th floor<br>San Francisco, CA 94104-4809 |

Smith, Alexandria
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Smith, Duane
c/o Simon Eddins & Greenstone LLP
301 E Ocean Blvd., Suite 1950
Long Beach, CA 90802-4878

Sonnenburg, Eric
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Soprito, James
c/o Harowitz & Tigerman, LLP
450 Sansome Street, 3rd Floor
San Francisco, CA 94111-3311

Staton, Ellis Michael
c/o Baron & Budd PC
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212-2603

Staudenmaier, Rebecca (WD Paul)
c/o Clapper Patti Schweitzer & Mason LLP
2330 Marinship Way
Sausalito, CA 94965-2800

Stayton, Virgie (WD Edward)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Stephenson, Thomas
c/o Baron & Budd PC
9465 Wilshire Blvd., Suite 460
Beverly Hills, CA 90212-2603

Stevens, Joy (William)
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Stevens, William
c/o Brent Coon & Associates
44 Montgomery Street Suite 800
San Francisco, CA 94104-4620

Stodgell, Paul
c/o Harowitz & Tigerman, LLP
450 Sansome Street, 3rd Floor
San Francisco, CA 94111-3311

Stone, James
c/o Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Stone, Kimberly (Jordison, Harry)
c/o Brayton Purcell, LLP
222 Rush Landing
Novato, CA 94945-2469

Story, Essie Lou (WD Jerry)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Svendsgaard, Ronald
c/o Brayton Purcell, LLP
222 Rush Landing
Novato, CA 94945-2469

Sylvester Blackwell
3025 High Street
Oakland CA 94619-1807

Talbott, Mary Joan (WD William)
c/o Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Torppa, Janice (WD Harold)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Trimmell, Sharon May
c/o Harowitz & Tigerman, LLP
450 Sansome Street, 3rd Floor
San Francisco, CA 94111-3311

U.S. Department of Labor
c/o Dominique V. Sinesi
200 Constitution Ave., N.W.,# N-211
Washington, DC 20210-0002

U.S. Postal Service
Point Station
104 Washington Avenue
Richmond, CA 94801-3947

U.S. Postal Service - Point
Washington Ave.
Richmond, CA 94801

Utterback, Wiley
c/o Brayton Purcell, LLP
222 Rush Landing
Novato, CA 94945-2469

Veio, Michael
c/o Brayton Purcell, LLP
222 Rush Landing
Novato, CA 94945-2469

Vernon, Linda
c/o Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Wartnick Law
101 California St Ste 2200
San Francisco, CA 94111-5853

Waters & Kraus LLP
601 Van Ness Avenue
San Francisco, CA 94102-3200

Williams, Elena (WD Dudley)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Wilson, Margorie (WD Donald)
c/o Levin Simes Kaiser & Gornick, LLP
44 Montgomery Street, 36th floor
San Francisco, CA 94104-4809

Yarnell, Jeffrey
c/o Lewis & Scholnick LLP
660 S. Figueroa St., Suite 1720
Los Angeles, CA 90017-3443

Lois I. Brady  
P.O. Box 12425  
Oakland, CA 94604-2425

Philip S. Warden  
Law Offices of Pillsbury Winthrop  
50 Fremont St. 5th Fl.  
P.O. Box 7880  
San Francisco, CA 94120-7880

End of Label Matrix  
Mailable recipients 181  
Bypassed recipients 0  
Total 181